# EXHIBIT B

**JMS Cleaning Services, LLC**
The Cleaning Professionals

1 877 567 9110 | Coverage Area | FAQs

Home | Services | About Us | Testimonials | Contact Us | Employment

## About Us



A woman owned and operated business. JMS was formed in 1995 and incorporated in 1998. Years of hard work has helped us earn a good reputation in the industry as a leader in commercial cleaning, carpet cleaning & floor waxing services. With a uniformed workforce that is trained & supervised to perform 110%, we will never settle for anything less than perfect. Today JMS services many corporate and medical offices throughout the New York Metro area. Our services range from basic daily office cleaning & janitorial duties right through to the most complete floor care & carpet cleaning services available.

Our motto is simple: "If it wasn't cleaned by JMS, then it wasn't cleaned." From commercial buildings, warehouses, schools or industrial facilities, you can trust us to provide 100% service satisfaction. We have set different programs to fit your needs as well as your budget. We always strive to maintain our level of training and expertise at a maximum, so each and every customer will receive the same high quality of service no matter which member of our team they are working with. JMS is a fully insured & bonded company, with certificates available upon request.


Carpet Cleaning


Floor Maintenance


Medical


Commercial

Free Quote