# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

January 13, 2017

**VIA ECF**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Steeger v. JMS Cleaning Services LLC (1:17-cv-08013-DLC)*

Dear Judge Cote,

We represent Plaintiff, Paul Steeger, in the above-captioned proceeding. Defendant has yet to respond to the complaint. We respectfully request that the initial conference scheduled for January 19, 2017 be adjourned so that the proper default paper work can be filed.

The Court's consideration is much appreciated.

Sincerely,

**/richardliebowitz/**
Richard Liebowitz, Esq.

*Counsel for Plaintiff Paul Steeger*

