

Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# The Firms Filing The Most Copyright Cases

By **Bill Donahue**

Law360, New York (April 21, 2017, 1:45 PM EDT) -- The 10 law firms that filed the most copyright suits in the first quarter of 2017 all fit a very particular bill: small shops that specialize in mass filing new cases over a particular type of work, like pornography or fabric designs.

According to data compiled by Lex Machina, New York-based Liebowitz Law Firm led the pack with a whopping 97 new suits in just the first three months of the new year. The cases were overwhelmingly filed on behalf of photographers over the unauthorized use of their images, like a suit that photojournalist Todd Bigelow **filed in March** over the appearance of his immigration image on conservative website Breitbart News.



The Busiest Copyright Plaintiffs Firms

These law firms filed the most cases on behalf of copyright plaintiffs in the first quarter of 2017.

| Firm | Cases |
|---|---|
| Liebowitz Law Firm | 97 |
| The James Law Firm | 78 |
| Doniger Burroughs | 43 |
| Lowenberg Law Firm | 42 |
| Jeong & Likens | 32 |
| Hughes Socol | 30 |
| Kirton McConkie | 20 |
| Hamrick & Evans | 19 |
| Higbee & Associates | 19 |
| Crowell Law | 15 |

Source: Lex Machina

Coming in second was The James Law Firm, one of several firms retained by Malibu Media — a pornography studio that has **filed thousands of copyright suits** over the past few years against internet downloaders and has been **labeled a "copyright troll" by critics**. The firm filed 78 suits in the first quarter, all for Malibu.

Though the subject matter they tackled varied, every other firm that cracked Lex Machina's top 10 list employed the same business model used by Liebowitz and James: They are small firms filing numerous, highly similar infringement complaints about the same kind of copyrighted work.

For Doniger Burroughs, the third most prolific firm, that copyrighted work is fabric designs. The firm, which has become well-known in recent years for filing **and winning** such suits, filed 43 cases over the first three months of the year, including against major fashion companies like H&M, Wet Seal and Urban Outfitters.

The bottom half of the list was dominated by firms that mass file suits over movies shared over the internet on torrent platforms. Hughes Socol Piers Resnick & Dym, the sixth most active firm, filed 30 such suits, going after internet users who shared "Mechanic: Resurrection" and "Mr. Church."

Kirton McConkie, Hamrick & Evans and Crowell Law all did the same thing, filing dozens more lawsuits over other films. The 15 suits filed by Crowell — not to be confused with BigLaw's Crowell & Moring — were actually a big decrease from past years; in 2015, the Oregon firm filed a whopping 200 cases, many over the film "Dallas Buyer's Club."

Rounding out the list were firms that fit into similar models.

Houston-based Lowenberg Law Firm, the fourth most prolific firm, filed 42 more suits for Malibu Media. Jeong & Likens, fifth on the list, filed 32 of its own fabrics cases. Higbee & Associates, like Liebowitz, represents photographers, filing 19 suits on behalf of plaintiffs like photojournalist Christopher Sadowski, making it the eighth most prodigious.

Law360 is owned by LexisNexis Legal & Professional, a RELX Group company, which owns Lex Machina.

--Editing by Sara Ziegler.

All Content © 2003-2017, Portfolio Media, Inc.