```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/18/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AL PEREIRA,

          Plaintiff,

v.

3072541 CANADA INC., *doing business as* KENDALL + KYLIE,

          Defendant.

No. 17-CV-6945 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at the conference on December 1, 2017, the Court ordered Plaintiff's counsel to show cause why he should not be required to post security for costs as a condition of proceeding further with this action. Plaintiff's counsel has not yet responded to that Order. He is directed to file his response no later than December 22, 2017. If he fails to respond by that time, the Court will enter an order requiring him to post security for costs under Local Civil Rule 54.2.

SO ORDERED.

Dated:    December 18, 2017
           New York, New York

                                    Ronnie Abrams
                                    United States District Judge

Case 1:17-cv-08013-DLC   Document 11-2   Filed 01/24/18   Page 2 of 2

Case 1:17-cv-06945-RA   Document 25   Filed 01/05/18   Page 1 of 1
Case 1:17-cv-06945-RA   Document 24   Filed 01/04/18   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1/5/18

| | |
|---|---|
| AL PEREIRA<br><br>              Plaintiff,<br><br>       v.<br><br>3072541 CANADA INC.<br><br>              Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>Case No.: 1:17-cv-6945-RA |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Al Pereira gives notice that the above-captioned action is voluntarily dismissed without prejudice.

*Richard Liebowitz*
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated:   1/4/2018

*Attorneys for Plaintiff Al Pereira*

SO ORDERED:

_____
Hon. Ronnie Abrams

1/5/18