Gmail - JMS Cleaning

 **Gmail**

**Richard Liebowitz <richardpliebowitz@gmail.com>**

---

## JMS Cleaning
3 messages

---

**Richard Liebowitz** <RL@liebowitzlawfirm.com>                                Fri, Aug 4, 2017 at 6:36 PM
To: boruchw@cs.com

Hi Bruce,

Look forward to speaking with you on Monday. How does 3pm EST look for you?

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**Bernard Weinreb, Attorney at Law** <boruchw@cs.com>                        Mon, Aug 7, 2017 at 11:53 AM
To: RL@liebowitzlawfirm.com

Looking forward to discussing this matter with you at 3 today.


Sincerely,

Bernard Weinreb, Attorney at Law
Phone: **845-369-1019**
Website: **www.weinreb-business-law.com**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments.

[Quoted text hidden]

---

**Richard Liebowitz** <RL@liebowitzlawfirm.com>                              Fri, Feb 2, 2018 at 2:04 PM
To: "James H. Freeman" <jf@liebowitzlawfirm.com>


Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


*****************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and
may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you
may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and
delete this message. Thank you.

*****************************************************************


[Quoted text hidden]