

James H. Freeman <jameshfreeman@gmail.com>

## Fwd: JMS Cleaning- Copyright

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Fri, Feb 2, 2018 at 2:04 PM
To: "James H. Freeman" <jf@liebowitzlawfirm.com>

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*********************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*********************************************************************

---------- Forwarded message ----------
From: **Richard Liebowitz** <RL@liebowitzlawfirm.com>
Date: Wed, Sep 6, 2017 at 2:07 PM
Subject: JMS Cleaning- Copyright
To: Boruchw@cs.com

Dear Bernard,

I am following up on our settlement demand.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*********************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*********************************************************************