

Richard Liebowitz <richardpliebowitz@gmail.com>

## Steeger v. JMS Cleaning Services LLC- RUSH SERVICE
16 messages

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Thu, Oct 19, 2017 at 9:44 PM
To: GOTHAM <gothamprocess@hotmail.com>

Hi,

Attached please find our documents and cover letter for RUSH SERVICE.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**6 attachments**

- **Cover Letter- Steeger v. JMS- .pdf**
  54K
- **Steeger v. JMS- Summons Stamped.pdf**
  195K
- **Steeger v. JMS Cleaning- Civil Cover Sheet Stamped.pdf**
  382K
- **Exhibit B- Steeger v. JMS Stamped.pdf**
  1042K
- **Exhibit A- Steeger v. JMS Stamped.pdf**
  2305K
- **Steeger v. JMS- Complaint Stamped.pdf**
  109K

**GOTHAM** <gothamprocess@hotmail.com>  Fri, Oct 20, 2017 at 11:04 AM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

RECEIVED. THANK YOU

Sent from Outlook

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Thursday, October 19, 2017 9:44 PM
**To:** GOTHAM
**Subject:** Steeger v. JMS Cleaning Services LLC- RUSH SERVICE

[Quoted text hidden]

---

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Mon, Nov 6, 2017 at 12:18 PM
To: GOTHAM <gothamprocess@hotmail.com>

Hi,

Do you have the affidavit for this case?

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

******************************************************************

[Quoted text hidden]

---

**GOTHAM** <gothamprocess@hotmail.com>  Mon, Nov 6, 2017 at 12:30 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

we are still attempting service.  address is a private house- no answer


Sent from Outlook

---

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Monday, November 6, 2017 12:18 PM
**To:** GOTHAM
**Subject:** Re: Steeger v. JMS Cleaning Services LLC- RUSH SERVICE

[Quoted text hidden]

---

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Mon, Nov 6, 2017 at 12:36 PM
To: GOTHAM <gothamprocess@hotmail.com>

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

******************************************************************

[Quoted text hidden]

---

**GOTHAM** <gothamprocess@hotmail.com>                                              Tue, Nov 7, 2017 at 12:29 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

Good Afternoon:

After numerous attempts made, we found the principal of defendant owns this house but rents out to tenants.  Tenants said he somestimes parked his van here but they never see him

Sent from Outlook

---

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Monday, November 6, 2017 12:36 PM

[Quoted text hidden]

[Quoted text hidden]

---

**GOTHAM** <gothamprocess@hotmail.com>                                              Tue, Nov 7, 2017 at 12:31 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

hello,

may we suggest serving sec. of state ?

Sent from Outlook

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Monday, November 6, 2017 12:36 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Tue, Nov 7, 2017 at 12:55 PM
To: boruchw@cs.com

Hi Bernard,

Attached please find the complaint and summons. Are you able to accept process? If so, I also attached a waiver of service for you to sign and return.

Thank you.

**6 attachments**

**Steeger v. JMS- Summons Stamped.pdf**
195K

**Steeger v. JMS Cleaning- Civil Cover Sheet Stamped.pdf**
382K

**Exhibit B- Steeger v. JMS Stamped.pdf**
1042K

**Exhibit A- Steeger v. JMS Stamped.pdf**
2305K

**Steeger v. JMS- Complaint Stamped.pdf**
109K

**Waiver of Service- JMS Cleaning.pdf**
148K

---

**boruchw@cs.com** <boruchw@cs.com>  Tue, Nov 7, 2017 at 2:03 PM
To: RL@liebowitzlawfirm.com

I will check with my client and, hopefully, let you know when we talk tomorrow.  All the best,


Sincerely,

Bernard Weinreb, Attorney at Law
Phone: **845-369-1019**
Website: **www.weinreb-business-law.com**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments.

[Quoted text hidden]

---

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Tue, Nov 7, 2017 at 2:04 PM
To: "boruchw@cs.com" <boruchw@cs.com>

Thank you.

[Quoted text hidden]
--
[Quoted text hidden]

---

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Thu, Nov 23, 2017 at 12:30 AM
To: GOTHAM <gothamprocess@hotmail.com>

Please serve through secretary of state. Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


*****************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*****************************************************************

[Quoted text hidden]

---

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Tue, Dec 12, 2017 at 3:18 AM
To: GOTHAM <gothamprocess@hotmail.com>

Hi,

Do you have a copy of this affidavit through the Secretary of State?

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


*****************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*****************************************************************

[Quoted text hidden]

---

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Thu, Dec 14, 2017 at 7:59 PM
To: GOTHAM <gothamprocess@hotmail.com>

Hi,

Do you have a copy of this affidavit?

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

******************************************************************

[Quoted text hidden]

---

**GOTHAM** <gothamprocess@hotmail.com>  Fri, Dec 15, 2017 at 11:14 AM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

Attached is the affidavit of service as per your request. Any questions, please do not hesitate to contact us.

Thank you,
Robin Forman


Sent from Outlook

---

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Thursday, December 14, 2017 7:59 PM

[Quoted text hidden]

[Quoted text hidden]

> **img836.pdf**
> 37K