jms cleaning services

All    Maps    News    Shopping    Images    More

About 554,000 results (0.63 seconds)

### House-cleaning-services | Don't Hire Just Anyone
Ad www.homeadvisor.com/maidservice ▼
★★★★☆ Rating for homeadvisor.com: 4.5 - 10,688 reviews
Don't Hire Just Anyone For Your Home. Enter Your Zip & Compare Pros Fast!
Home Cleaning Experts · Maid Services · Contractor Sign Up · Official HomeAdvisor

### JMS, A Full Service Commercial Cleaning Company - NYC
www.jmscleaning.com/ ▼
**JMS Cleaning Services** is a full service commercial cleaning & building maintenance woman owned and operated business **JMS Cleaning Services** continues to be a lea commercial cleaning industry and provides every aspect of cleaning and maintenanc buildings, commercial offices, ...

### JMS, NYC Cleaning Company, Offices, Commercial / Medica
www.jmscleaning.com/contact_us.html ▼
At JMS Cleaning Services, we believe we can make a drastic difference in the cleanir maintenance of your work place. We invite you to consult with our

### JMS Cleaning Services - 15 Photos - Office Cleaning - 404 P
https://www.yelp.com › Professional Services › Office Cleaning ▼
Specialties: A woman owned and operated business, JMS was formed in 1995 and in 1998. Years of hard work has helped us earn a good reputation in the industry as a lea cleaning, carpet cleaning & floor waxing **services**

### JMS Cleaning Service Nyack NY 10960 – Manta.com



| Home | ProFinder | Pro Reviews | True Cost Guide |

Home > Pro Ratings & Reviews > New York > New York > House Cleaning & Maid Services >

# JMS Cleaning Services, LLC ♡

606 Palmer Drive, Upper Nyack, NY 10016

(877) 567-9110

**Please Note:** This business is not a screened and approved memb

## Business Information

**QUICK FACTS**

**Business Hours**

12:00 am - 12:00 am (Please call to confirm)

- Credit Cards Accepted
- Bilingual

**SERVICES OFFERED**

