# Furgang & Adwar, L.L.P.

COUNSELORS IN INTELLECTUAL PROPERTY AND ENTERTAINMENT LAW

Philip Furgang
Stephanie Furgang Adwar

Donna L. Miele
Donna C. Sobel

Of Counsel:
Armando Llorens
Sheldon Palmer
Ronald S. Goldbrenner
Bertrand M. Lanchner

Centerock East
2 Crosfield Avenue, Suite 210
West Nyack, NY 10994

Telephone: (845) 353-1818
Facsimile: (845) 353-1996

www.furgang.com
info@furgang.com

February 6, 2018

Hon. Denise L. Cote
U.S. District Court Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    RE:    Paul Steeger v. JMS Cleaning Services, Inc.
            Index No. 1:17-cv-8013
            Our File No.    :    11571

Dear Judge Cote:

    We are writing this letter on behalf of Defendant JMS Cleaning Services, LLC ("JMS"). I have just spoken with counsel for Plaintiff who has asked that, in light of the settlement agreement which was agreed to in principle, I would clarify my submission of February 5, 2018, to the Court.

    It is not this firm's intention to have Plaintiff withdraw its settlement offer due to the filing of an affirmation intended to clarify and correct representations made in Plaintiff's attorney's order to show cause why Rule 11 sanctions should not issue. It appears that Defendant's requests would do just that. As my client is not in a position to litigate this matter further, it would like to proceed with that settlement agreement. Toward that end, Defendant respectfully requests that any response required by the Court of Plaintiff's counsel be limited to addressing the Court's decision and order of whether to issue Rule 11 sanctions.

    Should the Court wish to proceed with the requirement that Plaintiff respond to the requests made in my letter, Plaintiff's counsel has requested our stipulation to their request for a fourteen (14) day enlargement of time to respond and we have agreed.

New York City  1325 Avenue of the Americas, 28th Floor, New York, NY 10019  Tel: (212) 725-1818  Fax: (212) 941-9711
White Plains  11 Martine Avenue, Penthouse, White Plains, NY 10606  Tel: (914) 428-5300  Fax: (914) 428-0226

PATENTS  ❖  TRADEMARKS  ❖  COPYRIGHTS  ❖  ENTERTAINMENT

Furgang & Adwar, L.L.P.

Hon. Denise L. Cote
February 6, 2018
Page 2

We thank the Court for its consideration.

Respectfully submitted,

STEPHANIE FURGANG ADWAR
Furgang & Adwar, L.L.P.
2 Crosfield Avenue, Suite 210
West Nyack, NY 10994
(845)353-1818
*stephanie@furgang.com*