UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL STEEGER,<br><br>                               Plaintiff,<br><br>- against -<br><br>JMS CLEANING SERVICES LLC,<br><br>                               Defendant. | Docket No. 17-cv-8013 (DJC)<br><br>**NOTICE OF MOTION FOR PLAINTIFF'S MOTION FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL RULE 6.3 AND RULE 60(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof and exhibits attached thereto; and the pleadings and prior proceedings herein; Plaintiff will move the Court, before the Honorable Denise L. Cote (U.S.D.J.) at the United States District Court, 500 Pearl Street, New York, New York 10007, at a time set by the Court for an Order VACATING the Court's Order, dated February 28, 2018 [ECF Docket # 22] pursuant to Rule 60(b)(1) and Rule 11(c)(2)(B) of the Federal Rules of Civil Procedure and consistent with the U.S. Supreme Court's holding in *Goodyear Tire & Rubber Co. v. Haeger*, 137 S. Ct. 1178, 197 L. Ed. 2d 585 (2017) and INSTRUCTING the Clerk of Court, United States District Court for the Southern District of New York, to refund $10,000 to Richard P. Liebowitz or Liebowitz Law Firm, PLLC, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(a) and 6.3, Defendant's opposition papers, if any, must be served by March 26, 2018; and Plaintiff's reply must be served by April 2, 2018.

Dated: Valley Stream, New York
March 12, 2018

          Respectfully submitted,

          LIEBOWITZ LAW FIRM, PLLC

          **By: /Richard Liebowitz/**
          Richard Liebowitz
          11 Sunrise Plaza, Suite 305
          Valley Stream, New York 111580
          (516) 233-1660
          rl@liebowitzlawfirm.com

          *Attorney for Plaintiff*

**TO:**

Stephanie Furgang Adwar
FURGANG & ADWAR, LLP
515 Madison Avenue, Suite 6A
New York, NY 10022
(212) 725-9711
stephanie@furgang.com

*Attorney for Defendant*