

Richard Liebowitz <richardpliebowitz@gmail.com>

## Steeger v. JMS Cleaning

**Stephanie Furgang Adwar** <stephanie@furgang.com>   Wed, Jan 24, 2018 at 6:14 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

Richard -

I just called, but was told you were on a call. I'm walking out the door, but told you I would get back to you if I was able to contact my client.

It was not easy, and it will not be easy for my client, but I was able to convince them to pay your client $▇▇▇, but it will have to be paid in two $▇▇ installments: one in February and one in March.

Please prepare a general release for the parties and a dismissal with prejudice. My clients will sign the release contingent upon the filing of the dismissal with prejudice and the release should include the $▇▇▇▇▇ payment in two installments.

Please confirm that this will be acceptable as full and complete settlement of this matter.

Regards -

Stephanie

Stephanie Furgang Adwar

Furgang & Adwar, LLP



515 Madison Avenue

Suite 6A

New York, New York 10022

Tel: 212-725-1818

Fax: 212-941-9711

**PLEASE NOTE OUR NEW ADDRESS**

The information contained in this email message is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this email is strictly prohibited. If you have received this email in error, please immediately notify us by reply.

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Wednesday, January 24, 2018 2:39 PM
**To:** Stephanie Furgang Adwar
**Subject:** Steeger v. JMS Cleaning

[Quoted text hidden]