```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PAUL STEEGER,                           :
                    Plaintiff,          :    17cv8013(DLC)
                                        :
         -v-                            :        ORDER
                                        :
JMS CLEANING SERVICES, LLC,             :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-15-2018

DENISE COTE, District Judge:

An Opinion issued February 28, 2018 imposed a monetary sanction in the amount of $10,000 on Richard Liebowitz. On March 9, Mr. Liebowitz paid that amount to the Clerk of Court and moved for reconsideration. The Court granted reconsideration in part on March 14 in an Opinion that reduced the amount of monetary sanctions to $2,000 and imposed an educational sanction of four continuing legal education ("CLE") credit hours in ethics and professionalism, to be completed by July 31, 2018. Accordingly, it is hereby

ORDERED that the Clerk of Court is instructed to refund Richard Liebowitz $8,000 of the amount he paid on March 9, 2018.

IT IS FURTHER ORDERED that Richard Liebowitz shall complete four CLE credit hours in ethics and professionalism by July 31, 2018, in addition to the credit hours required by the New York State bar authorities. He shall file certificate(s) of

attendance with the Court attesting to his participation by August 14, 2018.

Dated:   New York, New York
         March 14, 2018

                                              _____
                                                       DENISE COTE
                                              United States District Judge