```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
PAUL STEEGER,                             :    17cv8013(DLC)
                                          :
                    Plaintiff,            :    ORDER
         -v-                              :
                                          :
JMS CLEANING SERVICES, LLC,               :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2018

DENISE COTE, District Judge:

An Opinion issued February 28, 2018 imposed a monetary sanction in the amount of $10,000 on Richard Liebowitz. On March 9, Mr. Liebowitz paid that amount to the Clerk of Court and moved for reconsideration. The Court granted reconsideration in part on March 14 in an Opinion that reduced the amount of monetary sanctions to $2,000 and imposed an educational sanction of four continuing legal education ("CLE") credit hours in ethics and professionalism, to be completed by July 31, 2018. The Court ordered Mr. Liebowitz to file certificate(s) of attendance with the Court attesting to his participation by August 14, 2018. He has failed to do so. Accordingly, it is hereby

ORDERED that a show cause hearing will take place **August 24** at **12:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York, 10007, at which Mr. Liebowitz

shall show cause why he should not be sanctioned pursuant to this Court's inherent powers, for failure to file the certificates of CLE attendance on or before August 14.

Dated: New York, New York
August 15, 2018

                                            _____
                                                       DENISE COTE
                                           United States District Judge