

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Richard Liebowitz
▲ **Name of Attorney**

Legal Ethics Relating to Social Media

▲ **Title of Program**

Sunday, July 29, 2018

▲ **Date(s) of Attendance** (For self-study programs, indicate date attorney completed program.)

▲ **Location of Program** (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program

(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format

☐ 2. Fully Interactive Videoconference

> **Live Simultaneous Transmission**
> (webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)
>
> ☐ 3. Questions Allowed During Program (Synchronous Interactivity)
>
> ☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)

☐ 6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
• Formats 1 & 2 - acceptable for credit in any category
• Format 3 - unacceptable for Skills credit
• Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or

☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

☐ ONLY experienced attorneys (nontransitional), or

☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

  1  Ethics and Professionalism

  0  Skills

  0  Law Practice Management

  0  Areas of Professional Practice

For Experienced Attorneys Only:

  0  Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker          ☐ Panel Member

☐ Moderator        ☐ Law Competition Faculty

  Ethics and Professionalism

  Skills

  Law Practice Management

  Areas of Professional Practice

  Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ **Provider Organization**

483 Hempstead Ave, West Hempstead, NY 11552
▲ **Address**

212-776-4943
▲ **Telephone**

Simcha Dornbush
▲ **Provider Agent Name**

*[signature]*
▲ **Provider Agent Signature**

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
                                                    ▲ **Course Number**

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



NEW YORK STATE CONTINUING LEGAL EDUCATION
# ATTORNEY AFFIRMATION

**Title of Course :** Legal Ethics Relating to Social Media

**Name of Instructor :** Eric I. Abraham, Esq.

**Date Course Completed :** 7/29/2018

**Credits Earned :** 1 Ethics

**Sku :** ETH4400

**Format :** Online Video  **Verification Code(s) :** SPEED

**Attendee**

**Name :** Richard Liebowitz  **Firm :** Liebowitz Law Firm, Pllc

**Address :** 11 Sunrise Plaza, Suite 301

**City, State, Zip :** Valley Stream, NY 11580

**Phone Number :** (516)233-1660  **Fax Number :**

**Area of Practice :**

**Bar Number :** 5357702  **Birthday :**

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

( NOT VALID WITHOUT STAMP )

Richard Liebowitz
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 516.256.0505  Fax : 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Richard Liebowitz
▲ Name of Attorney

Identifying and Avoiding Social Media Traps for Lawyers

▲ Title of Program

Sunday, July 29, 2018

▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

[✓] Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

[ ] 1. Traditional Live Classroom Format

[ ] 2. Fully Interactive Videoconference

> Live Simultaneous Transmission
> (webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)
>
> [ ] 3. Questions Allowed During Program (Synchronous Interactivity)
>
> [ ] 4. Questions Not Allowed During Program

[✓] 5. On-Demand/Recorded (Audio/Video)

[ ] 6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

[ ] Group Setting, or

[✓] Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

[✓] BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

[ ] ONLY experienced attorneys (nontransitional), or

[ ] ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance
Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

    1.5 Ethics and Professionalism

    0 Skills

    0 Law Practice Management

    0 Areas of Professional Practice

For Experienced Attorneys Only:

    0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation
Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

[ ] Speaker      [ ] Panel Member

[ ] Moderator      [ ] Law Competition Faculty

    Ethics and Professionalism

    Skills

    Law Practice Management

    Areas of Professional Practice

    Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

*[signature]*
▲ Provider Agent Signature

The CLE Provider: (Check only one)

[✓] has been certified as an Accredited Provider by the NYS CLE Board, or

[ ] has had this individual course accredited by the NYS CLE Board as:
    ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



NEW YORK STATE CONTINUING LEGAL EDUCATION
# ATTORNEY AFFIRMATION

**Title of Course :** Identifying and Avoiding Social Media Traps for Lawyers

**Name of Instructor :** Nicole I. Hyland, Esq.

**Date Course Completed :** 7/29/2018

**Credits Earned :** 1.5 Ethics

**Sku :** ETH550

**Format :** Online Video        **Verification Code(s) :** FENCE, FORT

**Attendee**

**Name :** Richard Liebowitz        **Firm :** Liebowitz Law Firm, Pllc

**Address :** 11 Sunrise Plaza, Suite 301

**City, State, Zip :** Valley Stream, NY 11580

**Phone Number :** (516)233-1660    **Fax Number :**

**Area of Practice :**

**Bar Number :** 5357702        **Birthday :**

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.

Retain this document for your records for 4 years from date of participation.

( NOT VALID WITHOUT STAMP )

Richard Liebowitz
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 516.256.0505  Fax : 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Richard Liebowitz
▲ Name of Attorney

Ethics of Social Media: What Attorneys Need to Know

▲ Title of Program

Sunday, July 29, 2018
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)
☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format
☐ 2. Fully Interactive Videoconference

> **Live Simultaneous Transmission**
> (webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)
>
> ☐ 3. Questions Allowed During Program (Synchronous Interactivity)
> ☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)
☐ 6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or
☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
☐ ONLY experienced attorneys (nontransitional), or
☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance
Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

   1.5 Ethics and Professionalism
   0 Skills
   0 Law Practice Management
   0 Areas of Professional Practice

For Experienced Attorneys Only:

   0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation
Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker    ☐ Panel Member
☐ Moderator    ☐ Law Competition Faculty

   Ethics and Professionalism
   Skills
   Law Practice Management
   Areas of Professional Practice
   Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

*[signature]*
▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
                      ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



NEW YORK STATE CONTINUING LEGAL EDUCATION
# ATTORNEY AFFIRMATION

**Title of Course :** Ethics of Social Media: What Attorneys Need to Know

**Name of Instructor :** Various Speakers

**Date Course Completed :** 7/29/2018

**Credits Earned :** 1.5 Ethics

**Sku :** ETH8700

**Format :** Online Video      **Verification Code(s) :** RUN

**Attendee**

**Name :** Richard Liebowitz     **Firm :** Liebowitz Law Firm, Pllc

**Address :** 11 Sunrise Plaza, Suite 301

**City, State, Zip :** Valley Stream, NY 11580

**Phone Number :** (516)233-1660    **Fax Number :**

**Area of Practice :**

**Bar Number :** 5357702     **Birthday :**

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

( NOT VALID WITHOUT STAMP )

Richard Liebowitz
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 516.256.0505  Fax : 516.481.4172