

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

August 15, 2018

**VIA ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 8/21/2018

Re:  *Steeger v. JMS Cleaning Services, Inc.*, 1:17-cv-08013 (DLC)

Dear Judge Cote:

I write in response to the Court's order, dated August 15, 2018 [Dkt. # 29], in which Your Honor ordered me to show cause why certificates of attendance for CLE in ethics and professionalism were not timely filed by August 14, 2018.

Please find attached hereto certificates of attendance for four (4) credits timely earned on July 29, 2018. The courses completed are: (1) *Legal Ethics Relating to Social Media* – 1 Credit; *Identifying and Avoiding Social Media Traps for Lawyers* – 1.5 Credits; and (3) *Ethics of Social Media: What Attorneys Need to Know* – 1.5 Credits.

My sincerest apologies for filing these certificates one-day past deadline. This was administrative oversight. While I calendared the deadline to complete the CLE courses; I unfortunately mis-calendared the deadline to file the certificates with the Court.

**MEMO ENDORSED**

The 8/24/18 hearing is cancelled.

*/s/ Denise Cote*
8/19/18

Respectfully Submitted,

/richardliebowitz/
Richard Liebowitz

*Counsel for Plaintiff Paul Steeger*

Liebowitz Law Firm, PLLC